## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **M.R., A Minor, by her Parents and** | : | **CIVIL ACTION** |
| **Natural Guardians, JANYA** | : | |
| **RIVERA AND JOSA VELASQUEZ,** | : | **NO. 25-5342** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TEMPLE UNIVERSITY HEALTH** | : | |
| **SYSTEM, INC.,** *et al.,* | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 26th day of January 2026, upon consideration of the United States of America's, (the "Government"), *motion to be substituted for Defendant Turner and to dismiss Plaintiff's related claims*, (ECF 9), Plaintiffs' response in opposition, (ECF 12), and Defendants Temple University Hospital, Inc. and Temple University Hospital Health System's reply to Plaintiffs' response, (ECF 20), it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. The Government's motion to substitute is **GRANTED**. Accordingly, the Government shall be substituted as Defendant in place of Defendant Clinton A. Turner, M.D., ("Dr. Turner"), on all claims.

2. The Government's motion to dismiss Dr. Turner is **GRANTED**, with prejudice.

3. The Government's motion to dismiss Plaintiffs' claims against the Government is **GRANTED**, without prejudice.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*